[No. 21265. *En Banc.* January 17, 1929.]

*In the Matter of the Application of* A. B. CRAWFORD *for a Writ of Habeas Corpus.*[1]

*R. L. Morgan*, for appellant.

*Austin M. Wade*, for respondent.

*George A. Beardsley, Dale McMullen, Frank B. Malloy, W. J. Daly, Jr., Joseph H. Johnston, Herman Murray, W. G. Coleman, R. M. Wright, George E. Clark, Charles R. Denney, T. I. Oakshott, W. J. Gilbert, H. P. Dodd, Chas. W. Greenough, James W. Bryan, H. A. Davis, W. L. LaFollette, Jr., Edwin Gruber, Ewing D. Colvin,* and *R. M. Burgunder*, amici curiae.

ON REHEARING.

PER CURIAM—Upon a rehearing *En Banc*, a majority of the court adheres to the opinion heretofore filed herein, and reported in 148 Wash. 265, 268 Pac. 871.

Judgment reversed.

[1]Reported in 273 Pac. 751.